1    Alexander Hernaez (SBN: 201441)
     ahernaez@foxrothschild.com
2    Lucy Li (SBN: 305613)
     lli@foxrothschild.com
3    FOX ROTHSCHILD LLP
     345 California Street, Suite 2200
4    San Francisco, CA 94104
     Telephone:    415.364.5540
5    Facsimile:    415.391.4436

6    Attorneys for Defendant
     TESLA MOTORS, INC., a Delaware
7    corporation (erroneously sued as TESLA
     MOTORS, INCORPORATED, a California
8    corporation)

9
     Lauren Rode (SBN: 281803)
10   lauren@calgroup.org
     CONSUMER ACTION LAW GROUP, PC
11   3700 Eagle Rock Blvd.
     Los Angeles, CA 90065
12   Telephone:    818.254.8413
     Facsimile:    866.936.6913
13
     Attorney for Plaintiff
14   WALTER HIDALGO

15

16                  **UNITED STATED DISTRICT COURT**

17                 **NORTHERN DISTRICT OF CALIFORNIA**

18                        **SAN JOSE DIVISION**

19   WALTER HIDALGO,                    Case No.: 5:15-cv-05185-BLF

20                  Plaintiff,
                                        **JOINT CASE MANAGEMENT
21        v.                            STATEMENT**

22   TESLA MOTORS, INC., a Delaware
     corporation; and DOES 1 through 25,   Date: May 12, 2016
23   inclusive,                            Time: 11:00 AM
                                           Dept.: 3
24                  Defendants.            Judge: Hon. Beth L. Freeman

25

26

27

28

ACTIVE 40295251v205/05/2016

JOINT CASE MANAGEMENT STATEMENT                    Case No.: 5:51-cv-05185-BLF

1    Plaintiff Walter Hidalgo ("Plaintiff") and Defendant Tesla Motors, Inc. ("Defendant")

2  hereby submit the following Joint Case Management Statement:

3        1.    JURISDICTION AND SERVICE:

4        (a)    Plaintiff:  This Court has subject matter jurisdiction over this action under

5  Federal question jurisdiction because it is about federal law(s) or right(s).  The law(s) or right(s)

6  involved are covered by the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §

7  621-634 *et seq.*

8        (b)    Defendant:  Defendant has been served with the Complaint and Summons,

9  and has filed an Answer.  Defendant believes jurisdiction is appropriate.

10        2.    FACTS:

11        (a)    Plaintiff:

12            (i)    Plaintiff is a 61 year old Hispanic male.

13            (ii)   Plaintiff experienced verbal harassment and cynical remarks made

14  by his manager.  Plaintiff alleges that these remarks are due to Plaintiff's age.

15            (iii)   Plaintiff's manager informed Plaintiff that he was not meeting

16  expectations and provided Plaintiff with a performance improvement plan.  Plaintiff's manager

17  did not have a follow up meeting with Plaintiff.

18            (iv)   Plaintiff requested three weeks off for surgery.  Plaintiff did not

19  receive a response to his request.

20            (v)    Plaintiff was terminated six days after he submitted his request for

21  time off for surgery.

22            (vi)   Plaintiff, a manufacturing engineer, was incorrectly classified as an

23  exempt employee.

24        (b)    Defendant:  Defendant denies all wrongdoing.

25        3.    LEGAL ISSUES:  Plaintiff alleges 11 causes of action: (1) Violation of Meal

26  Period Law under the Labor Code; (2) Violation of Rest Period Law under Industrial Welfare

27  Commission Wage Orders and Labor Code; (3) Violations of Wage and Hour Laws under the

28  Labor Code; (4) Breach of the Implied Covenant of Good Faith and Fair Dealing; (5) Violations

1    of the California Fair Employment and Housing Act ("FEHA"); (6) Intentional Infliction of

2    Emotional Distress; (7) Failure to Engage in the Interactive Process in Violation of FEHA; (8)

3    Failure to Provide a Reasonable Accommodation in violation of FEHA; (9) violations of the Age

4    Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634; (10) Wrongful

5    Termination in violation of Public Policy; and (11) Retaliation in violation of Labor Code §

6    1102.5.

7            4.      MOTIONS:

8                    (a)     Plaintiff:  Plaintiff has opposed Defendant's Motion to Compel Arbitration

9    and Stay Litigation.

10                   (b)     Defendant:  On September 29, 2015, Plaintiff filed his Complaint in the

11   Superior Court of California for the County of Santa Clara, captioned, *Walter Hidalgo v. Tesla*

12   *Motors, Inc., a California Corporation; and DOES 1 through 25, inclusive*, Case No.

13   115CV286235.  Defendant timely removed the action to this court on November 12, 2015.

14   Defendant filed a Motion to Compel Arbitration and to Stay Litigation, set for hearing on May

15   12, 2016 at 9:00 AM in Dept. 3.  Defendant anticipates filing a motion for summary judgment.

16           5.      AMENDMENT OF PLEADINGS:

17                   (a)     Plaintiff:  Plaintiff does not anticipate any amendments at this time.

18                   (b)     Defendant:  Defendant does not anticipate any amendments at this time.

19           6.      EVIDENCE PRESERVATION:  The parties have reviewed the ESI Guidelines

20   and will exchange a list of items to be preserved after the Court rules on Defendant's Motion to

21   Compel Arbitration and Stay Litigation.  The parties have agreed to meet and confer regarding

22   reasonable and proportionate steps taken to preserve ESI after the Court rules on Defendant's

23   Motion to Compel Arbitration and Stay Litigation.  Defendant has complied with its obligations

24   to preserve evidence.

25           7.      DISCLOSURES:  The parties propose that initial disclosure obligations be stayed

26   pending the outcome of Defendant's Motion to Compel Arbitration and Stay Litigation.

27   ///

28   ///

1    8.    DISCOVERY:  No discovery has been served in this case.

2        (a)    Plaintiff:  Plaintiff proposes that discovery be stayed pending the outcome

3  of the Motion to Compel Arbitration and Stay Litigation.

4        (b)    Defendant:  Defendant proposes that discovery be stayed pending the

5  outcome of the Motion to Compel Arbitration and Stay Litigation.  In the alternative, Defendant

6  proposes that Plaintiff's deposition be taken, followed by the depositions of any defendant-

7  related witnesses, after (1) initial disclosures are exchanged by all parties, and (2) Plaintiff

8  responds to Defendants' initial round of written discovery.

9    9.    CLASS ACTIONS:  Not applicable.

10   10.   RELATED CASES:  There are no related cases.

11   11.   RELIEF:

12       (a)    Plaintiff:  Plaintiff seeks compensation for back pay, lost benefits,

13  emotional distress, and punitive damages, prejudgment interest on all damages awarded under

14  Civil Code § 3287(a), attorneys' fees and costs, and any other proper relief.

15       (b)    Defendant:  Defendant seeks a dismissal with prejudice, costs, and

16  attorneys' fees.

17   12.   SETTLEMENT AND ADR:  There have been no settlement discussions.  The

18  parties propose postponing settlement discussions until after the Court rules on Defendant's

19  Motion to Compel Arbitration and Stay Litigation.

20   13.   CONSENT TO MAGISTRATE JUDGE FOR ALL PARTIES:  Defendant

21  declined, and does not consent to have a magistrate judge conduct all further proceedings

22  including trial and entry of judgment.

23   14.   OTHER REFERENCES:  No other references are appropriate.

24   15.   NARROWING OF ISSUES:  None at this time.

25   16.   EXPEDITED TRIAL PROCEDURE:  An Expedited Schedule is not appropriate.

26   17.   SCHEDULING:  The parties propose that the dates for designation of experts,

27  discovery cutoff, hearing of dispositive motions, pretrial conference and trial be decided after the

28  Court decides Defendant's Motion to Compel Arbitration and Stay Litigation.

ACTIVE 40295251v205/05/2016                  3

JOINT CASE MANAGEMENT STATEMENT                    Case No.: 5:51-cv-05185-BLF

1    18.    TRIAL:  The parties expect a jury trial lasting 4 - 10 days.

2    19.    DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS:

3        (a)    Plaintiff:  Plaintiff has not certified that there are any interested entities.

4        (b)    Defendant:  Defendant timely filed the "Certificate of Interested Entities

5    or Persons" required by Civil Local Rule 3-15.  The contents of that disclosure are restated as

6    follows:

7

         Pursuant to Civil L.R. 3-15, the undersigned certifies that
8        as of this date, other than the named parties, there is no
         such interest to report.

9

10   20.    PROFESSIONAL CONDUCT: The parties have reviewed the Guidelines for

     Professional Conduct for the Northern District of California.
11

12   21.    OTHER MATTERS: None at this time.

13

14

15   Dated:  May 4, 2016                    **FOX ROTHSCHILD LLP**

16                                   By:    ____/s/ Lucy Li_____
                                           Alexander Hernaez
17                                         Lucy Li
                                           Attorneys for Defendant Tesla Motors, Inc.
18

19   Dated:  May 4, 2016                    **CONSUMER ACTION LAW GROUP**

20                                   By:    ____/s/ Lauren Rode_____
                                           Lauren Rode
21                                         Attorney for Plaintiff Walter Hidalgo

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT                    Case No.: 5:51-cv-05185-BLF