United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WALTER HIDALGO,

    Plaintiff,

v.

TESLA MOTORS, INC,

    Defendant.

Case No. 15-cv-05185-BLF

**ORDER VACATING HEARING, CONTINUING CASE MANAGEMENT CONFERENCE, AND DENYING MOTION TO APPEAR TELEPHONICALLY AS MOOT**

[Re: ECF 24]

Pursuant to Civ. L.R. 7-1(b), the Court finds Defendant's motion to compel arbitration suitable for submission without oral argument and hereby VACATES the hearing scheduled for May 12, 2016. The Court CONTINUES the case management conference ("CMC"), currently set for May 12, 2016, to July 7, 2016 at 11:00 A.M. The Court DENIES without prejudice Plaintiff's motion to appear telephonically at the hearing and CMC as moot.

**IT IS SO ORDERED.**

Dated: May 5, 2016

                        _____
                        BETH LABSON FREEMAN
                        United States District Judge