1  Shahane Arayi Martirosyan (SBN 295471)
   STEPHAN FILIP PC
2  100 W Broadway, Suite 1040
   Glendale, CA 91210
3  Telephone: 323.303.3533
   Facsimile: 323.303.3534
4
   Attorneys for Plaintiff
5  WALTER HIDALGO

6

7

8
                    UNITED STATED DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12  WALTER HIDALGO,                  Case No.: 5:15-cv-05185-BLF

13             Plaintiff,            **JOINT UPDATE RE: STATUS OF**
                                     **ARBITRATION**
14       v.

15  TESLA MOTORS, INC., a Delaware   [Re: ECF 48]
    corporation; and DOES 1 through 25,
16  inclusive,

17             Defendants.

18

---

JOINT UPDATE RE: STATUS OF ARBITRATION

Active\106833717.v1-1/15/20

# PLAINTIFF'S STATUS UPDATE

Plaintiff Walter Hidalgo and Defendant Tesla Motors, Inc. hereby submit the following Status Update in accordance with this Court's July 29, 2019 Order Requesting Status Update (ECF 48).

## I. CURRENT STATUS

The Parties conducted the arbitration in this matter before Michael J. Loeb, Esq. of JAMS ("the Arbitrator") in San Francisco, CA from December 16 through December 19, 2019. The Parties still need to submit closing briefs after the transcripts from the arbitration hearing are ready.

## II. NO FURTHER ACTION REQUIRED BY THE COURT

No further action is required by the Court at this time. The Parties respectfully request that this Court set the next status conference for after May 2020 so the Parties may inform the Court as to the outcome of the Arbitration.

Nevertheless, depending on the rulings and disclosures ordered by the Arbitrator, additional actions may be required of this Court.

Respectfully submitted by:

Dated: January 15, 2020

FOX ROTHSCHILD LLP

By: /s/ Lucy Li
Alexander Hernaez
Lucy Li
Attorneys for Respondent Tesla, Inc.

Dated: January 15, 2020

**STEPHAN FILIP PC**

By: *[signature: Shahane]*
Shahane Arayi Martirosyan
Attorney for Plaintiff
Walter Hidalgo

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

3   I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 W. Broadway, Suite 1040, Glendale CA, 91210. I served a document described as:

**JOINT UPDATE RE: STATUS OF ARBITRATION**

In the manner indicated below, the foregoing document described as on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes address as follows:

| | |
|---|---|
| Consumer Action Law Group, PC<br>3700 Eagle Rock Blvd<br>Eagle Rock, CA 90065 | Fox Rothschild, LLP<br>Alexander Hernaez<br>345 California Street, Suite 2200<br>San Francisco, Ca 94104 |

☐ **By personal service.** I caused such envelope to be delivered by hand to the persons at the addresses listed on the Service List.

☑ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at addresses on the attached Service List, by depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid, or by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed on the attached Service List. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed on the attached Service List and providing them to a professional messenger service for service. *(A Declaration of Messenger follows.)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 15, 2020, at Glendale, California.

Ani Kyurklyan

2

JOINT UPDATE RE: STATUS OF ARBITRATION                    Case No.: 5:51-cv-05185-BLF
Active\99390798.v1-7/24/19
Active\106833717.v1-1/15/20