UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WALTER HIDALGO,<br><br>            Plaintiff,<br><br>       v.<br><br>TESLA MOTORS, INC.,<br><br>            Defendant. | Case No. 15-cv-05185-BLF<br><br>**ORDER REQUIRING JOINT STATUS REPORT RE ARBITRATION ON OR BEFORE MAY 27, 2020**<br><br>[Re: ECF 52] |

On January 16, 2020, the Court requested a further status report from the parties regarding the status of arbitration on or before May 11, 2020. ECF 52. The Court has not received a status report. Accordingly, the Court hereby ORDERS the parties to submit a further joint status report regarding arbitration **on or before May 27, 2020.**

**IT IS SO ORDERED.**

Dated: May 20, 2020

_____
BETH LABSON FREEMAN
United States District Judge