UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WALTER HIDALGO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TESLA MOTORS, INC,<br><br>　　　　　　Defendant. | Case No. 15-cv-05185-BLF<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONFIRM ARBITRATION DECISION** |

On June 29, 2016, the Court granted Defendant's motion to compel arbitration and stayed this action. *See* ECF 28. The arbitrator issued his written final award on July 31, 2020, where he found that Plaintiff failed to meet his burden to prove all of his causes of action, and thus they all failed. Ex. E, Final Award 21, ECF 57-1.

Now before the Court is Defendant's motion to confirm the arbitration decision. See Mot., ECF 57. Plaintiff did not respond. The Federal Arbitration Act ("FAA") requires that, whenever "a party seeks a judicial order confirming an arbitration award, 'the court must grant such an order unless the award is vacated, modified, or corrected . . .."  *Kyocera Corp. v. Prudential–Bache Trade Servs., Inc.,* 341 F.3d 987, 997 (9th Cir. 2003) (quoting 9 U.S.C. § 9). The Court's review of an arbitration award is "extremely limited" and deferential to the arbitrator's decision. *Id.* at 998.

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant's motion is appropriate for determination without oral argument. Accordingly, the Court VACATES the January 28, 2021 hearing and GRANTS Defendant's motion to confirm the arbitration decision. Judgment shall be entered against Plaintiff, dismissing all his claims with prejudice, and the clerk shall close the case.

**IT IS SO ORDERED.**

Dated: October 6, 2020

_____
BETH LABSON FREEMAN
United States District Judge