**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| WALTER HIDALGO,<br><br>        Plaintiff,<br><br>   v.<br><br>TESLA MOTORS, INC,<br><br>        Defendant. | Case No. 15-cv-05185-BLF<br><br>**JUDGMENT** |

All claims against Defendant Tesla Motors, Inc. having been dismissed with prejudice, judgment is hereby entered for Tesla Motors, Inc., and against Plaintiff Walter Hidalgo.

**IT IS SO ORDERED.**

Dated: October 6, 2020

_____
BETH LABSON FREEMAN
United States District Judge